UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 12-20128-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RAFAEL VALDES VILLAR,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress, (D.E. 21).

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman United States Magistrate Judge on April 11, 2012. A Report and Recommendation filed on May 1, 2012 recommending that Defendant's Motion to Suppress be **Denied**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of May, 2012.

                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Counsel of record